# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1021

_____

| | | |
|---|---|---|
| Al Jabbar Salam, | * | |
| | * | |
| Plaintiff-Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Eastern |
| Crystal Evans, ARO, East Arkansas | * | District of Arkansas. |
| Regional Unit, ADC (originally sued | * | |
| as Evans); Marvin Evans, Jr., Warden, | * | **[UNPUBLISHED]** |
| East Arkansas Regional Unit, ADC; | * | |
| Tiffanye Compton, Grievance | * | |
| Coordinator, ADC; Marvin Irby, | * | |
| | * | |
| Defendants-Appellees. | * | |

_____

Submitted: July 22, 2004
Filed: August 2, 2004

_____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.


This matter comes on appeal wherein the Plaintiff filed suit under 42 U.S.C. § 1983 alleging that the Defendants, which include Marvin Evans, former Warden of the East Arkansas Regional Unit of the Arkansas Department of Corrections, Crystal Evans, a former grievance officer, and Tiffanye Compton, an appellate grievance

officer, failed to process and respond to several grievances that he had filed. The district court dismissed the Complaint with prejudice for failure to state a claim.

Having reviewed the record, we affirm the district court on the grounds set forth by the United States Magistrate Judge who originally recommended that the case be dismissed. <u>See</u> <u>Jones v. Norris</u>, 310 F.3d 610, 612 (8th Cir. 2002) (per curiam) (standard of review).

_____